# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2644
Lower Tribunal No. CA-1482-0

_____

CORA E. JARA, as Personal Representative of the ESTATE OF JOSEPH ELLIS,

Appellant,

v.

ORLANDO HEALTH, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK, J., and LAMBERT, B.D., Associate Judge, concur.


Dimitrios A. Peteves and Bryan S. Gowdy, of Creed & Gowdy, P.A., Jacksonville, for Appellant.

W. Scott Gabrielson and Michael A. Paasch, of Dinsmore & Shohl, LLP, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED